UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS GALLAGHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC. *et al.*,<br><br>Defendants. | No.: 1:17-CV-12288-GAO |
| DYLAN CARAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC. *et al.*,<br><br>Defendants. | No.: 1:17-CV-12146-GAO |
| SHAWNA KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC. et al.,<br><br>Defendants. | No.: 1:17-CV-12286-GAO |

**THE OCULAR INVESTOR GROUP'S AND KHALED RAMADAN'S
MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS,
APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND
CONSOLIDATION OF ALL RELATED ACTIONS**

William L. Stephens, Kavita Mehta, and Oleg Tkalych (collectively, the "Ocular Investor Group") and Khaled Ramadan ("Ramadan") hereby submit this motion for (1) appointment as lead plaintiffs in the above-referenced related actions; (2) approval of their selection of Pomerantz LLP ("Pomerantz") and Glancy Prongay & Murray LLP ("Glancy") as lead counsel for the class and Andrews DeValerio LLP ("Andrews DeValerio") as liaison counsel for the class; and (3) consolidation of all related actions. On September 5, 2017, the Ocular Investor Group and Ramadan separately moved for appointment as lead plaintiff in the above-referenced related actions while the action was pending in New Jersey. (ECF Nos.[1] 16, 20.) On the same date, four other movants – Yau-Hung Chow; Kenneth Hermson, Jean Claude Dumont, Penny Poirier, and Cynthia Troy (collectively, the "Chow Group"), Thomas Gallagher ("Gallagher"), Osi Peters ("Peters") and Glenn Stephenson ("Stephenson"), also moved for lead plaintiff. (ECF Nos. 13, 17, 18, 19.) Since then, the Chow Group, Gallagher, Peters, and Stephenson—*i.e.*, all movants other than the Ocular Investor Group and Ramadan—have subsequently either withdrawn their respective motions or filed notices of non-opposition to the competing motions. (ECF Nos. 21, 23, 26, 43.)

The Ocular Investor Group and Ramadan have collectively agreed that, rather than continue to litigate the competing motions, it is in the best interests of the Class to amicably resolve

---

[1] ECF references are to the docket in the action filed by Plaintiff Thomas Gallagher, 17-12288.

the motions and pool their resources to effectively and efficiently prosecute the Related Actions. Therefore, the Ocular Investor Group and Ramadan respectfully request that:

1. The Court appoint Ocular Investor Group and Ramadan as co-lead plaintiffs for the putative Class in the above-captioned related actions;

2. The Court approve the Ocular Investor Group and Ramadan's selections of Pomerantz and Glancy as co-lead counsel for the putative Class and Andrews DeValerio as liaison counsel for the putative Class; and

3. The Court consolidate the above-captioned related actions.

Dated:   January 12, 2018

Respectfully submitted,

**ANDREWS DEVALERIO LLP**

/s/ *Glen DeValerio*
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO #658523)
265 Franklin Street, Suite 1702
Boston, MA 02110
(617) 936-2796
glen@andrewsdevalerio.com
daryl@andrewsdevalerio.com

*Proposed Liasion Counsel for the Class*

**POMERANTZ LLP**

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for William L. Stephens, Kavita Mehta, and Oleg Tkalych and Proposed Co-Lead Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**

*s/ Lesley F. Portnoy*
Lesley F. Portnoy
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Counsel for Khaled Ramadan and Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 12, 2018.

/s/ Glen DeValerio
Glen DeValerio